E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division
JOHN C. KOREVEC (Cal. Bar No. 310157)
SARAH QUIST (Cal. Bar No. 288264)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423 / 0609
    Facsimile: (213) 894-7819
    Email: john.korevec@usdoj.gov
    Email: sarah.quist@usdoj.gov
Attorneys for Defendant
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MICHAEL SOKMEN, LEYLA KALENDER SOKMEN, and THE ESTATE OF ENDER ALI SOKMEN, by Personal Representative LEYLA KALENDER SOKMEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DOES 1 through 50,<br><br>Defendants. | No. 22-cv-01529-ODW-AS<br><br>**STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES; DECLARATION OF SARAH QUIST; [PROPOSED] ORDER**<br><br>Hon. Otis D. Wright, II<br>United States District Judge |

    IT IS HEREBY STIPULATED by and between Plaintiffs Michael Sokmen, Leyla Sokmen, and Estate of Ender Sokmen, and Defendant United States of America, through their respective counsel, and subject to Court approval, that the expert discovery deadlines be continued as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Initial Designation of Expert Witnesses | 3/20/2023 | 5/1/2023 |
| Deadline for Designation of Rebuttal Expert Witnesses | 4/10/2023 | 5/22/2023 |
| Expert Discovery Cut-Off | 5/15/2023 | 6/19/2023 |

The reasons for this Stipulation are set forth in the Declaration of Sarah Quist.

Continuing the expert discovery deadlines will not change other dates set in this action. (*See* ECF 9.)

A proposed order is being lodged herewith.

Respectfully submitted,

Dated: March 2, 2023    LAW OFFICES OF RICHARD A. JONES

By: /s/ *Richard A. Jones*
RICHARD A. JONES,
JARRICK S. GOLDHAMER
Attorneys for Plaintiffs
Michael Sokmen, Leyla Kalender
Sokmen; Estate of Ender Ali Sokmen

Dated: March 2, 2023    E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *Sarah Quist*
SARAH QUIST
JOHN C. KOREVEC
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

**Attestation of Filer:** I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.
March 2, 2023        */s/ Sarah Quist*
SARAH QUIST

## DECLARATION OF SARAH QUIST

I, Sarah Quist, do hereby declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California. I am assigned to the defense of this action. I make this Declaration based on my personal knowledge of the facts and circumstances set forth herein as well as my review of official files of the United States Attorney's Office for the Central District of California.

2. Plaintiff brought this negligence action stemming from a vehicle collision. During discovery, Plaintiff has responded to written discovery. Five witness depositions have been taken. Three additional depositions are scheduled. The parties have coordinated and cooperated in setting depositions.

3. In light of ongoing depositions, mediation was moved from February 28, 2023 to April 11, 2023, with mediator Geoffrey Gray, which is in advance of the June 5, 2023 deadline by which to conduct a settlement conference. The parties request to continue the expert discovery deadlines to hold mediation in advance of expending resources on expert reports and depositions.

4. This is the parties' first request to continue dates in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of March, 2023, at Los Angeles, California.

/s/ Sarah Quist
SARAH QUIST

3